**EINBINDER & DUNN, LLP**
ATTORNEYS AT LAW
104 WEST 40TH STREET
NEW YORK, NEW YORK 10018
(212) 391-9500

MICHAEL EINBINDER
TERRENCE M. DUNN*
JULIANNE COWAN LUSTHAUS ■

MATTHEW D. BROZIK ◊
STEPHANIE J. BLUMSTEIN*
RICHARD BAYER ◊

KENNETH L. LEIBY, JR., ◊ of Counsel
JEFFREY A. CHESTER, of Counsel

* MEMBER NY, NJ and MA BARS
■ MEMBER NY, NJ and NH BARS
◊ MEMBER NY and NJ BARS

FACSIMILE (212) 391-9025
www.ed-lawfirm.com

NEW JERSEY OFFICE:
159 MILLBURN AVENUE
MILLBURN, NEW JERSEY 07041
TELEPHONE: (973) 921-2000
FACSIMILE: (973) 921-2929

May 20, 2008

**VIA FACSIMILE (973) 645-4549**
Honorable Judge Peter G. Sheridan
United States District Court, District of New Jersey
Martin Luther King Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: **UNIcasa Marketing Group, LLC v. Spinelli, et al.
Civ. 04-4173 (PGS)**

*So Ordered
Peter [signature]*

Dear Judge Sheridan:

This firm represents the plaintiffs in the above-referenced action. Your Honor scheduled a settlement conference for May 21, 2008 at 2:00 p.m. I contacted chambers this morning to request an adjournment of the conference due to a scheduling conflict and spoke with Dolores Hicks. Ms. Hicks rescheduled the conference, subject to Your Honor's approval, to June 5, 2008 at 11:00 a.m., at which time counsel for the defendant is also available.

We respectfully request that the court so order this request.

Respectfully yours,

[signature]

Michael Einbinder

ME/lr
cc: Brian D. Spector, Esq. (via facsimile)
    Carlos Chaux (via email)