# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNICASA MARKETING GROUP, LLC | Civil Action No. 04-cv-4173 (PGS) |
| Plaintiff, | |
| v. | |
| MARTHA SPINELLI, et al. | **ORDER** |
| Defendants. | |

WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter,

IT IS on this 11th day of June, 2008,

ORDERED that the matter be and hereby is dismissed with prejudice and without costs, except any party upon good cause shown within sixty days may reopen the action if settlement is not consummated. The Court retains jurisdiction over the agreement to enforce the terms.

_____
PETER G. SHERIDAN, U.S.D.J.

June 11, 2008